

| Case | Docket | Date | Judge | Disposition |
|---|---|---|---|---|
| Sanders v. Sanders | 42A01–1606–DR–1340 | 05/30/2017 | MATHIAS, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Health Professionals, Ltd. v. Gayer | 66A04–1612–CT–2752 | 05/31/2017 | BAKER, J. | Affirmed and remanded for further proceedings |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |
| I.S., Matter of | 79A05–1611–JT–2743 | 05/31/2017 | VAIDIK, C.J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Vanderburgh County v. Hertweck | 74A04–1610–PL–2409 | 05/31/2017 | ROBB, J. | Reversed and remanded |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Russell v. State | 69A01–1608–CR–1873 | 05/31/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Richards v. State | 84A04–1611–CR–2660 | 05/31/2017 | BARNES, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Hesiben v. State | 71A05–1609–CR–2223 | 05/31/2017 | BROWN, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| T.D., In re Paternity of | 10A01–1612–JP–2929 | 05/31/2017 | BAILEY, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Riddle v. State | 79A02–1611–CR–2730 | 05/31/2017 | NAJAM, J. | Affirmed and remanded with instructions |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Colvin v. State | 36A05–1701–CR–107 | 05/31/2017 | PYLE, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Rainey v. State | 82A01–1612–CR–2857 | 05/31/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |